# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **MICHAEL McCOWN** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:13-0455** |
| | ) | **JUDGE SHARP** |
| | ) | |
| **NEXTANT, INC.** | ) | |

## ORDER

Due to the pending dispositive motion, the jury trial scheduled for August 26, 2014, is hereby rescheduled for November 18, 2014, at 9:00 a.m. The final pretrial conference scheduled for August 11, 2014, is rescheduled for November 10, 2014, at 1:30 p.m.

The deadlines for trial-related matters will addressed in a subsequent order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE