# EXHIBIT 1

*New*        J# 1208533

## Briggs & Associates

75184     **Invoice** 2/17/14

Court Reporting
222 Second Ave. North, Suite 360 M
Nashville, TN 37201
(615) 482-0037

Number: bt-1226

Date: November 18, 2013

**Bill To:**

Ms. Susan W. Pangborn
Kilpattrick Townsend
1100 Peachtree Street, NE
Suite 2800
Atlanta, GA 30309

**Ship To:**

| Terms |
|---|
| Tax ID 26-1832409 |

| Date | Description | Quantity | Price | Amount |
|---|---|---:|---:|---:|
| 11-7-13 | Re: Michael McCown v. Nexant | | | |
| deposition of: | Rob Ezold | | | |
| | Copy of Transcript | 82.00 | 2.75 | 225.50 |
| deposition of: | Jim Giordano | | | |
| | Copy of Transcript | 70.00 | 2.75 | 192.50 |
| | E-transcript | 2.00 | 30.00 | 60.00 |
| | Exhibit scanning | 19.00 | 0.25 | 4.75 |

****PAYMENT DUE WITHIN 30 DAYS OF RECEIPT OF INVOICE**
**THANK YOU!**

Total     **$482.75**

# INVOICE

**VOWELL AND JENNINGS**
214 2nd Avenue, North
Nashville, TN 37201
Ph. 615-256-1935
Fax 615-244-3434

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 158444 | 12/3/2013 | 71839 |
| Job Date | Case No. | |
| 11/6/2013 | 3:13 CV 00455 | |

**Case Name**
Michael McCown vs. Nexant, Inc.

**Payment Terms**
Due upon receipt

Susan Pangborn
Kilpatrick Townsend
1100 Peachtree Street Northeast, Suite 2800
Atlanta, GA 30309

ORIGINAL TRANSCRIPT OF:
  Michael McCown                                                1,343.10

                            TOTAL DUE >>>           $1,343.10

Thank you for your business! Vowell & Jennings now also serves Memphis!

JAN 2 8 2014

Tax ID: 62-1115311                                    Phone: 404.815.6433   Fax:

*Please detach bottom portion and return with payment.*

Susan Pangborn
Kilpatrick Townsend
1100 Peachtree Street Northeast, Suite 2800
Atlanta, GA 30309

Invoice No.  : 158444
Invoice Date : 12/3/2013
**Total Due** : **$ 1,343.10**

Remit To: **Vowell & Jennings, Inc.**
  **Court Reporting & Legal Video Services**
  **214 Second Avenue, North - Suite 207**
  **Nashville, TN 37201**

Job No.   : 71839
BU ID     : 1-VJ
Case No.  : 3:13 CV 00455
Case Name : Michael McCown vs. Nexant, Inc.